Mary Walsh, Respondent, v. American Lead Pencil Company, Appellant. (Appeal No. 1.) — Order vacating order requiring plaintiff to furnish security for costs reversed, with ten dollars costs and disbursements, and order reinstated upon the ground that it appears by a fair preponderance of evidence that the plaintiff was not a resident of the State of New York when the action was commenced. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

Mary Walsh, Respondent, v. American Lead Pencil Company, Appel-

lant. (Appeal No. 2.) — Order denying motion to change place of trial to New York county reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that plaintiff was not a resident of this State when the action was commenced, and that defendant is a domestic corporation having its office and place of business in the county of New York. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.